1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT LEE JACKSON,

11           Plaintiff,                    No. CIV S-05-0930 DFL DAD PS

12       vs.

13   BANK OF AMERICA,

14           Defendant.              <u>ORDER</u>

15   _____/

16           Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was

17   referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

18           On November 18, 2005, the magistrate judge filed findings and recommendations

19   herein which were served on plaintiff and which contained notice to plaintiff that any objections

20   to the findings and recommendations were to be filed within twenty days.  On February 7, 2006,

21   the findings and recommendations were re-served on plaintiff at his last known address.  The

22   time period has now expired and plaintiff has not filed objections to the findings and

23   recommendations.

24           Although it appears from the file that plaintiff's copy of the findings and

25   recommendations was returned, plaintiff was properly served.  It is the plaintiff's responsibility to

26   /////

1

keep the court apprised of his current address at all times.  Pursuant to Local Rule 83-182(d),

service of documents at the record address of the party is fully effective.

The court has reviewed the file and finds the findings and recommendations to be

supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

ORDERED that:

1.  The findings and recommendations filed November 18, 2005, are adopted in

full; and

2.  This action is dismissed without prejudice.  See L.R. 11-110; Fed. R. Civ. P.

41(b).

DATED:  5/18/2006

DAVID F. LEVI
United States District Judge